Wayne Chin
Din: 09-A-6287
Sing Sing Corr. Fac.
354 Hunter Street
Ossining, New York 10562-5442

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 17 2022 ★

BROOKLYN OFFICE
*Rec. in p drive 6/22/22 rg

June 14, 2022

Hon. Allyne R. Ross
United States District Judge
United Statse Courthouse
Eastern District of New York
225 Cadman Plaza East
B rooklyn, New York  11201

Re: <u>Chin v. Noeth</u>
19-CV-02729 (ARR)

Your Honor,

Today, June 14, 2022, I contacted the Clerk's Office via telephone and the attending clerk who answer the call, informed me for the first time that Your Honor issued a May 11, 2022, decision. As of today, I have not yet been serve with a copy of the order-decision.

In the interest of properly protecting my rights to any adverse ruling, I am respectfully requesting that this Court promptly serve me with the order/decision dated May 11, 2022.

Respectfully submitted,

_____
Wayne Chin
Din: 09-A-6287
Petitioner: Pro se


cc: Marie John-Drigo, Esq
    Assistant District Attorney
    Criminal Appeal Unit
    350 Jay Street
    Brooklyn, New York 11201



Printed On Recycled Paper

NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
OFFENDER CORRESPONDENCE PROGRAM

NAME: _____ DIN: _____



**SING SING CORRECTIONAL FACILITY**
354 HUNTER STREET
OSSINING, NEW YORK 10562

NAME: Wayne Chin

DIN: 09-A-6287

Pro Se Intake Clerk
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

LEGAL MAIL